**Fill in this information to identify the case:**

Debtor name    Windhaven National Holding Company

United States Bankruptcy Court for the: _____ District of Delaware
(State)

Case number (If known): 20-10656

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2020 to Filing date<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ Not Available |
| **For prior year:** | From 01/01/2019 to 12/31/2019<br>MM / DD / YYYY    MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ 200,000.00 |
| **For the year before that:** | From 01/01/2018 to 12/31/2018<br>MM / DD / YYYY    MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ 0.00 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | _____ | $_____ |
| **For prior year:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |

Debtor      Windhaven National Holding Company                    Case number (if known)    20-10656
                    Name

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | | | | |
| | Creditor's name | | $_____ | ☐ Secured debt |
| | | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City            State      ZIP Code | | | ☐ Other _____ |
| 3.2. | | | | |
| | Creditor's name | | $_____ | ☐ Secured debt |
| | | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City            State      ZIP Code | | | ☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Windhaven Select, LLC | 12/31/2019 | $ 200,000.00 | Intercompany Settlement with Affiliate |
| | Insider's name | | | |
| | 3155 NW 77th Avenue | | | |
| | Street | | | |
| | Miami            FL        33122 | | | |
| | City            State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Affiliate | | | |
| 4.2. | Whited and Sons, LLC | 8/31/2019 | $ 17,340.00 | Intercompany Settlement with Affiliate |
| | Insider's name | | | |
| | 3155 NW 77th Avenue | | | |
| | Street | | | |
| | Miami            FL        33122 | | | |
| | City            State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Affiliate | | | |

Debtor    <u>Windhaven National Holding Company</u>          Case number *(if known)*    <u>20-10656</u>
          Name

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | |
| | Creditor's name | | | $_____ |
| | Street | | | |
| | | | | |
| | City          State          ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City          State          ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| City          State          ZIP Code | | | |

---

**Part 3:    Legal Actions or Assignments**

---

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | | |
| | | | City          State          ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | | |
| | | | City          State          ZIP Code | |

---

| Debtor | Windhaven National Holding Company | Case number (if known) | 20-10656 |
|---|---|---|---|
| | Name | | |

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | | |
| Street | **Case title** | **Court name and address** |
| | | |
| City        State        ZIP Code | **Case number** | Name |
| | | Street |
| | **Date of order or assignment** | |
| | | City        State        ZIP Code |

---

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $_____ |
| Street | | | |
| City        State        ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| | | | |
| 9.2. Recipient's name | | | $_____ |
| Street | | | |
| City        State        ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

---

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | | $_____ |

---

Debtor   Windhaven National Holding Company                    Case number *(if known)*   20-10656
         Name

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Morgan Lewis & Bockius LLP | | 11/18/19 to present | $ 1,250,000 |

**Address**

One State Street
Street

Hartford                    CT    06103-3178
City                        State    ZIP Code

**Email or website address**

www.morganlewis.com

**Who made the payment, if not debtor?**

Whited and Sons, LLC

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Alvarez and Marsal Insurance Risk Advisory Services, LLC | | 11/22/19 to present | $ 995,000 |

**Address**

600 Madison Avenue, 8th Floor
Street

New York                    NY    10022
City                        State    ZIP Code

**Email or website address**

jmcdermott@alvarezandmarsal.com

**Who made the payment, if not debtor?**

Whited and Sons, LLC

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |
| | | | |

Debtor     Windhaven National Holding Company _____    Case number *(if known)*____20-10656_____
                        Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | | _____ | | |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State          ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | | |
| | _____ | _____ | _____ | $_____ |
| | | _____ | | |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State          ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | Miami - Corporate excluding Legal Staff | | From  7/2014 | To  1/2019 |
| | 8550 NW 33rd Street, Suite 400 | | | |
| | Street | | | |
| | Miami                    FL          33122 | | | |
| | City                    State          ZIP Code | | | |
| 14.2. | Miami 2 - Legal | | From  7/2015 | To  1/2019 |
| | 7300 NW 19th Street, Suite 501 | | | |
| | Street | | | |
| | Miami                    FL          33126 | | | |
| | City                    State          ZIP Code | | | |

---

Debtor    Windhaven National Holding Company          Case number (*if known*)    20-10656
_____
Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

---

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | | Dates of occupancy | | |
|---|---|---|---|---|---|---|
| 14.1. | Tampa 1715 N. Westshore Blvd., Suite 650 | | | From    11/2014 | To    12/2017 | |
| | Street | | | | | |
| | Tampa | FL | 33607 | | | |
| | City | State | ZIP Code | | | |
| 14.2. | Dallas 2140 Lake Park Blvd, 400 | | | From    3/2016 | To    10/2017 | |
| | Street | | | | | |
| | Richardson | TX | 75080 | | | |
| | City | State | ZIP Code | | | |

Debtor      Windhaven National Holding Company _____      Case number (if known)___ 20-10656
            Name

---

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City          State          ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br><br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City          State          ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br><br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

---

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?

   ☐ No
   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

   Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.
   ☐ Yes. Fill in below:

   | Name of plan | Employer identification number of the plan |
   |---|---|
   | _____ | EIN: __ __ – __ __ __ __ __ __ __ |

   Has the plan been terminated?

   ☐ No
   ☐ Yes

---

Debtor    Windhaven National Holding Company    Case number (if known)    20-10656
          Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name ___ Street ___ City  State  ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other___ | _____ | $_____ |
| 18.2. | Name ___ Street ___ City  State  ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other___ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name ___ Street ___ City  State  ZIP Code | _____ _____ _____ Address _____ _____ | _____ _____ _____ | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name ___ Street ___ City  State  ZIP Code | _____ _____ _____ Address _____ _____ | _____ _____ _____ | ☐ No ☐ Yes |

Debtor     Windhaven National Holding Company                          Case number (*if known*)    20-10656
                    Name

---

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor   Windhaven National Holding Company _____   Case number (if known) ___20-10656___
                    Name

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | _____ |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State          ZIP Code | | From _____   To _____ |
| 25.2. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State          ZIP Code | | From _____   To _____ |
| 25.3. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State          ZIP Code | | From _____   To _____ |

Debtor    Windhaven National Holding Company                          Case number (if known)   20-10656
_____                            _____
Name

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. (See Attached)<br>Name<br><br>Street<br><br>City                State        ZIP Code | From _____   To _____ |
| 26a.2.<br>Name<br><br>Street<br><br>City                State        ZIP Code | From _____   To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Dixon Hughes Goodman LLP<br>Name<br>100 Throckmorton Street, Suite 1600<br>Street<br>Fort Worth        TX        76012<br>City                State        ZIP Code | From 3/1/2018  To 5/1/2019 |
| 26b.2.<br>Name<br><br>Street<br><br>City                State        ZIP Code | From _____   To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. (See Attached)<br>Name<br><br>Street<br><br>City                State        ZIP Code |  |

|       |                                                                      | Dates of Service        |
|-------|----------------------------------------------------------------------|-------------------------|
| 26a.1 | Bryan Deutsch<br>19371 Stonebrook Street<br>Weston, FL  33332         | 3/1/2018 - 3/1/2020     |
| 26a.2 | Patricia Roig<br>1015 Spanish River. APT 414<br>Boca Raton, FL  33432 | 3/1/2018 - 4/3/2019     |
| 26a.3 | Lisset Bestard<br>2665 SW 37 Avenue, Unit 605<br>Miami, FL  33133     | 3/1/2018 - 2/14/2020    |
| 26a.4 | Maria Farias<br>400 Kings Point Drive, Unit 1214<br>Sunny Isles Beach, FL  33160 | 3/1/2018 - 2/14/2020 |
| 26a.5 | Freddy Soria<br>3525 NW 2nd Terrace<br>Miami, FL  33125               | 4/1/2019 - 3/9/2020     |

Debtor     Windhaven National Holding Company                     Case number *(if known)*     20-10656
           Name

26.c.1    Florida Department of Financial Services Division of
          Rehabilitation and Liquidation
          8350 N.W. 52 Terrace, Suite 102
          Doral, FL  33166

26.c.2    Risk & Regulatory Consulting, LLC
          20 Batterson Park Road, Suite 380
          Farmington, CT  06032

26.c.3    EG Insurance Holdco, LLC c/o Altamont Capital Partners
          400 Hamilton Avenue, Suite 230
          Palo Alto, CA 94301

Debtor    Windhaven National Holding Company
          _____
          Name

Case number (*if known*)_____20-10656

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | | |
| | Name | _____ |
| | Street | _____ |
| | | _____ |
| | City                State         ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | (See Attached) |
| | Name |
| | Street |
| | |
| | City                State         ZIP Code |

| | Name and address |
|---|---|
| 26d.2. | |
| | Name |
| | Street |
| | |
| | City                State         ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records | |
|---|---|
| 27.1. | |
| Name | |
| Street | |
| | |
| City                State         ZIP Code | |

Debtor   Windhaven National Holding Company
         Name                                                          Case number (if known)    20-10656

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| **Name and address** |
|---|

26d.1.   Dixon Hughes Goodman LLP
         Name

         Street
         100 Throckmorton Street, Suite 1600
         Fort Worth                              TX              76102
         City                                    State           ZIP Code

| **Name and address** |
|---|

26d.2.   City National Bank of Florida
         Name

         Street
         5900 North Andrews Ave, Suite 850
         Fort Lauderdale                         FL              33309
         City                                    State           ZIP Code

26d.3    Greenlight Re
         65 Market Street, Suite 1207, Jasmine Court
         Camana Bay, Grand Cayman, Cayman Islands

26d.4    Atalaya
         780 Third Avenue, 27th Floor
         New York, NY 10017

26d.5    Aon Securities Inc.
         200 East Randolph Street
         Chicago, IL 60601

Debtor   Windhaven National Holding Company                    Case number *(if known)*   20-10656
         Name

| | |
|---|---|
| 26d.6 | Apollo Group<br>9 West 57th Street, 43rd Floor<br>New York, NY  10019 |
| 26d.7 | Bison Capital Asset Management, LLC<br>233 Wilshire Blvd, Suite 425<br>Santa Monica, CA  90401 |
| 26d.8 | FTV<br>555 California Street, Suite 2850<br>San Francisco, CA  94104 |
| 26d.9 | Sandler O'Neill<br>1251 6th Ave #6, New York<br>NY  10020 |
| 26d.10 | HSCM<br>2187 Atlantic St<br>Stamford, CT  06902 |
| 26d.11 | Ambina Partners<br>309 Greenwich Avenue, Suit 201<br>Greenwich, CT 06830 |
| 26d.12 | Mutua<br>Paseo de la Castellana<br>33, 28046<br>Madrid, Spain |
| 26d.13 | Altamont Capital Partners<br>400 Hamilton Ave, Suite 230<br>Palo Alto, CA 94301 |
| 26d.14 | Princeton Group<br>1261 Broadway #306<br>New York, NY  10001 |
| 26d.15 | Safepoint<br>12640 Telecom Dr<br>Tampa, FL  33637 |
| 26d.16 | Confie Seguros<br>7711 Center Avenue, Suite 200<br>Huntington Beach, CA  92647 |
| 26d.17 | Pearl/HGGC<br>1950 University Avenue, Suite 350<br>Palo Alto, CA  94303 |
| 26d.18 | Acacia MGA<br>P.O. Box 6389<br>Frisco, TX  75034 |
| 26d.19. | AmWins Group Inc<br>4725 Piedmont Row Drive, Suite 600<br>Charlotte, NC 28210 |

Debtor      Windhaven National Holding Company                            Case number (if known)    20-10656
            Name

26d.20   JC Flowers
         727 Fifth Avenue, 23rd Floord
         New York, NY 10153

26d.21   RHPGA
         3730 Kirby Dr #850
         Houston, TN  77098

| Debtor | Windhaven National Holding Company | Case number (if known) | 20-10656 |
|---|---|---|---|
| | Name | | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2. _____
Name
_____
Street
_____
City                                    State        ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jimmy Whited | 3650 Klebba Lane Miami, FL 33133 | Sole Director | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name<br>_____<br>Street<br>_____<br>City          State      ZIP Code<br>**Relationship to debtor**<br>_____ | _____ | _____<br>_____<br>_____<br>_____ | _____ |

Debtor    Windhaven National Holding Company
          _____
          Name

Case number (if known)    20-10656
                          _____

---

**Name and address of recipient**

30.2    _____
        Name
        _____
        Street
        _____
        _____
        City                State      ZIP Code

        **Relationship to debtor**
        _____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
    ☒ No
    ❑ Yes. Identify below.

    **Name of the parent corporation**                  **Employer Identification number of the parent corporation**

    _____             EIN: __ __ – __ __ __ __ __ __ __

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
    ☒ No
    ❑ Yes. Identify below.

    **Name of the pension fund**                         **Employer Identification number of the pension fund**

    _____             EIN: __ __ – __ __ __ __ __ __ __

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03 / 31 / 2020
             MM / DD / YYYY

✗ _____          Printed name    Susan Wollenberg
  Signature of individual signing on behalf of the debtor

  Position or relationship to debtor    Consultant (Former CFO)

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
❑ No
❑ Yes

---